STATE OF NEW JERSEY v. CLOTILDE TORRES.

June 23, 1977. Petition for certification denied.

LAWRENCE SCHEFF v. TOWNSHIP OF MAPLE SHADE.

June 23, 1977. Petitions for certification denied. (See 149 *N. J. Super.* 448)

HILL HOMEOWNERS ASSN. v.
GARDEN STATE HIGH RISE CORP.

June 23, 1977. Petition for certification denied. (See 149 *N. J. Super.* 554)

STATE OF NEW JERSEY v. CARLOS M. GONZALEZ.

June 23, 1977. Petition for certification denied.

ANDREW J. DACHISEN v. LLOYD R. CULLENY.

June 23, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM MELILLO.

June 23, 1977. Petition for certification denied.